No. 1169. DAVIS *v.* INDIANA. May 27, 1946. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 1188. CREBS *v.* HUDSPETH, WARDEN. May 27, 1946. Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 1189. TOUCEY *v.* NEW YORK LIFE INSURANCE Co. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.

No. 1205. KAJATEK *v.* NEW YORK. May 27, 1946. Petition for writ of certiorari to the County Court, Onondaga County, New York, denied.

No. 1217. PHILLIPS *v.* ILLINOIS. May 27, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1225. PHILLIPS *v.* RAGEN, WARDEN. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Edgar County, Illinois, denied.

No. 1145. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA *v.* REISLEY, TRUSTEE IN BANKRUPTCY. June 3, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Henry K. Chapman* for petitioner. *Edgar E. Harrison* for respondent.